# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Brian Keith Rogers**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff, ) | 3:19-cv-00342-MR |
| ) | |
| vs. ) | |
| ) | |
| Charlotte Mecklenburg Police ) | |
| Department, et al.**,** ) | |
| ) | |
| Defendants. ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2021 Order.

March 9, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court